Form 4100N

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:                                                     CASE NO. 13-00169-JCO-13
                                                                CHAPTER 13

Edward Norman Genest
Bonnie B. Genest                                        JUDGE JERRY C. OLDSHUE

           DEBTORS                                   **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Daniel B. O'Brien files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**   Wilmington Savings Fund DBA Christiana Trust

---

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 13 | 2354 | $0.00 | $15,515.91 | $15,515.91 |
| Total Amount Paid by Trustee | | | | $15,515.91 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__ Through the Chapter 13 Conduit         **X**   Direct by the Debtors

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 23rd day of February, 2018.

Edward Norman Genest, Bonnie B. Genest, 213 Winter Drive, Saraland, AL 36571

ELECTRONIC SERVICE - David Vaughn, P.O. Box 1678, Daphne, AL 36526

Wilmington Savings Fund dba Christiana Trust, 1425 Greenway Drive, #400, BSI Financial Services, Irvington, TX 75038

Date: February 23, 2018                 /s/ Daniel B. O'Brien
                                        Daniel B. O'Brien
                                        Chapter 13 Trustee
                                        P.O. Box 1884
                                        Mobile, AL 36633