UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION (Mobile)

| | |
|---|---|
| IN RE: | : CASE NO: 13-00169-JCO |
| | : CHAPTER: 13 |
| | : |
| BONNIE B GENEST | : |
| EDWARD NORMAN GENEST | : |
|    Debtors | : |
| | : |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF ALL NOTICES

Wilmington Savings Fund Society, FSB d/b/a Christiana Trust, Not in Its Individual Capacity But Solely As The Trustee For The Brougham Fund I Trust (hereinafter referred to as "Creditor") hereby enters its appearance and the law firm of Rubin Lublin, LLC, pursuant to Bankruptcy Rules 2002 and 9010, hereby enters their appearance as attorneys for Creditor with regard to all matters and proceedings, pleadings and complaints and adversary proceedings filed in connection with the above-referenced case, showing counsel's name, office address and telephone number as follows:

Jacob Mauldin, Esq.
Rubin Lublin, LLC
100 Concourse Parkway, Suite 115
Birmingham, AL 35244
(877) 813-0992
jmauldin@rubinlublin.com

and hereby requests that the Clerk of Court add the Law Firm to the mailing matrix for said Creditor.

PLEASE TAKE FURTHER NOTICE that this request is made without submitting to the jurisdiction of the Court, without waiving service of process or otherwise waiving any rights.

Respectfully submitted,

Rubin Lublin, LLC

By:/s/ Jacob Mauldin
Jacob Mauldin
AL State Bar No. ASB-7826-B44M
Rubin Lublin, LLC
100 Concourse Parkway, Suite 115
Birmingham, AL 35244
(877) 813-0992
jmauldin@rubinlublin.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing by depositing same in the U.S. Mail, with adequate postage affixed thereon to the said parties as follows:

David Vaughn, Esq.
P. O. Box 1678
Daphne, AL 36526

Daniel B. O`Brien, Trustee
Chapter 13 Trustee
P.O. Box 1884
Mobile, AL 36633

This 8th day of March, 2018

/s/ Jacob Mauldin
Jacob Mauldin
AL State Bar No. ASB-7826-B44M
Rubin Lublin, LLC
100 Concourse Parkway, Suite 115
Birmingham, AL 35244
(877) 813-0992
jmauldin@rubinlublin.com
Attorney for Creditor